| | |
|---|---|
| AUBREY ANDERS, and <br> ARIEL ANDERS, <br> <br> Plaintiffs, <br> <br> v. <br> <br> JOHN BARRY SANDERS, individually <br> and d/b/a SANDERS FLYING <br> SERVICE LLC, SANDERS FLYING <br> SERVICE, LLC, and QUENTIN ELKINS, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 3:14-CV-199 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that the above-captioned case is related to <u>Wabuyele v. Anders et al.</u>, No. 3:14-CV-94. The Court finds that these cases involve similar parties and claims for wrongful death. Therefore, the two cases are related. <u>See</u> E.D. Tenn. L.R. 3.2(d)(3)(A)(1).

Because the first of these cases was assigned to Chief District Judge Thomas A. Varlan and Magistrate Judge C. Clifford Shirley, this case will also be assigned to Chief District Judge Thomas A. Varlan and Magistrate Judge C. Clifford Shirley. However, consolidation is not ordered.

**IT IS SO ORDERED**.

ENTER:

　　　s/ C. Clifford Shirley, Jr.
United States Magistrate Judge